1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVEN BURGUAN,

            Petitioner

       v.

CHRISTIAN PFEIFFER,

           Respondent.

Case No. 5:19-cv-10869-DSF (GJS)

JUDGMENT

    Pursuant to the Court's Order:  Dismissing Petition With Prejudice For Untimeliness; And Denying Certificate Of Appealability,

    IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:  May 26, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE